UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE THOMPSON,

       Plaintiff,              No. 2:17-cv-0400 KJN P

vs.

V. NEADE,

       Defendant.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

       /

      Tyrone Thompson, inmate #H-84131, a necessary and material witness in proceedings in this case on January 24, 2018, is confined in the California Medical Facility, P.O. Box 2500, Vacaville, CA 95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the undersigned, to appear by video-conferencing at the California Medical Facility, on January 24, 2018, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Medical Facility, 1600 California Drive, Vacaville, CA 95696:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: October 10, 2017

                                                    _____
                                                    KENDALL J. NEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE

/thom0400.841.vc